PD-0172-15

PD-0172-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/12/2015 11:05:05 AM
Accepted 2/12/2015 1:52:41 PM
ABEL ACOSTA
CLERK

TO THE COURT OF CRIMINAL APPEALS

No. 01-13-00373-CR

NORMA CLARK

Appeal from Cause Number 1295757
From the 228th District Court
Harris County

vs.

THE STATE OF TEXAS

---

APPELLANT'S MOTION TO EXTEND TIME TO FILE PDR

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, NORMA CLARK, and files this Motion to Extend Time to File PDR, and in support thereof, would respectfully show the Court the following:

I.

The First Court of Appeals affirmed the trial court's judgment in an opinion dated January 13, 2015. *Clark v. State*, 01-13-00373-CR, 2015 WL 162257 (Tex. App.—Houston [1st Dist.] Jan. 13, 2015, no. pet. h.). No other motions for extension have been filed.

II.

Appellant requests this extension due to the fact that counsel for Appellant has been engaged in work in the Harris County Public Defender's Office on many cases, including the following:

- *In re K.C.,* 2012-04759J

- *Curtis Fournier,* WR-82,102-01

- *Christopher Dowden,* WR-82,103-01

- *Rodney Robins,* 01-14-00582-CR

- *Craig Beal,* 01-12-00896-CR

- *Abner Washington,* 01-14-00885-CR

FILED IN
COURT OF CRIMINAL APPEALS

February 12, 2015

ABEL ACOSTA, CLERK

- *Forest Penton,* 14-14-00406-CR

- *Felix Irizarry,* 14-14-00827-CR

- Dozens of writs of habeas corpus regarding the online solicitation of a minor act being declared unconstitutional

- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.

### III.

Appellee's attorney requests an extension of 30 days, which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee prays that this Honorable Court grants this requested extension of time to file the PDR in the above cause and extend the time for filing to March 14, 2015.

Respectfully submitted,

ALEXANDER BUNIN
Chief Public Defender
Harris County, Texas

/s/ Sarah V. Wood
SARAH V. WOOD
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston Texas 77002
713.368.0016 (phone)
713.368.9278 (fax)
Sarah.Wood@pdo.hctx.net

CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing Appellant's Motion to Extend Time to File PDR has been served via the efile service on the Harris County District Attorney's Office.

/s/ Sarah V. Wood

Sarah V. Wood